# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>AKSHAY RAM KANCHARLA<br>*Defendant(s)* | Case No. 1:22-mj-26<br><br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __Aug 2021 through Feb 2022__ in the city/county of __Prince William__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, U.S.C., Section 841 | Distribution of Fentanyl |

This criminal complaint is based on these facts:

SEE AFFIDAVIT.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

AUSA Bibeane Metsch
*Printed name and title*

*Brian Cramer*
*Complainant's signature*

FBI Special Agent Brian Cramer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __telephone__ *(specify reliable electronic means)*.

Digitally signed by Theresa Carroll Buchanan
Date: 2022.02.16 14:52:10 -05'00'

Date: 02/16/2022

*Judge's signature*

City and state: Alexandria, Virginia

The Honorable Theresa C. Buchanan, U.S. Magistrate Judge
*Printed name and title*