JS 45 (01/2008)

**REDACTED**

# Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**
- City: 
- County/Parish: Prince William
- Under Seal: Yes **X** No ___
- Superseding Indictment: ___ Same Defendant ___ New Defendant **X**
- Magistrate Judge Case Number: 1:22-mj-26
- Search Warrant Case Number: 
- R 20/R 40 from District of: 
- Related Case Name and No: 
- Judge Assigned: TCB
- Criminal Number: 
- Arraignment Date: 

**Defendant Information:**
- Juvenile — Yes ___ No **X**
- FBI #: P3JX7CLNR
- Defendant Name: AKSHAY RAM KANCHARLA
- Alias Name(s): 
- Address: Tampa, FL 33647
- Employment: 
- Birth date: 1995
- SS#: 7230
- Sex: M
- Def Race: Asian
- Nationality: U.S. Citizen
- Place of Birth: Florida
- Height: 5'09"
- Weight: 130
- Hair: Black
- Eyes: Brown
- Scars/Tattoos: TAT BACK, BACK TAT CHEST, CHEST TAT L SHLD, SHOULDER, LEFT TAT LF ARM, ARM, LEFT, LOWER TAT UR ARM, ARM, RIGHT, UPPER (no description of tattoos)
- Interpreter: **X** No ___ Yes — List language and/or dialect: 
- Automobile Description: 

**Location Status:**
- Arrest Date: 
- ___ Already in Federal Custody as of ___ in ___
- ___ Already in State Custody    ___ On Pretrial Release    **X** Not in Custody
- **X** Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested
- ___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond

**Defense Counsel Information:**
- Name: 
- Address: 
- Telephone: 
- ___ Court Appointed    ___ Retained    ___ Public Defender
- Counsel conflicted out: 
- Federal Public Defender's Office conflicted out: 

**U.S. Attorney Information:**
- AUSA: Bibeane Metsch
- Telephone No: 703-299-3700
- Bar #: 

Complainant Agency, Address & Phone Number or Person & Title:
Brian Cramer, Special Agent, Federal Bureau of Investigation

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. § 841 | Distribution of Fentanyl | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: February 16, 2021    Signature of AUSA: *Bibeane Metsch*