Query   Reports   Utilities   Help   What's New   Log Out

BOND, CLOSED

# U.S. District Court
# Middle District of Florida (Tampa)
# CRIMINAL DOCKET FOR CASE #: 8:22-mj-01157-AEP All Defendants

Case title: USA v. Kancharla
Other court case number: 1:22-mj-26 Eastern District of Virginia

Date Filed: 02/17/2022
Date Terminated: 02/18/2022

Assigned to: Magistrate Judge Anthony E. Porcelli

**Defendant (1)**

**Akshay Ram Kancharla**
*TERMINATED: 02/18/2022*

represented by **Kevin Jon Napper**
The Law Offices of Kevin J. Napper, P.A.
604 South Boulevard
Tampa, FL 33606
813-443-8432
Fax: 813-513-8178
Email: knapper@kevinnapperlaw.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE

**Disposition**

**Plaintiff**

2/22/22, 12:06 PM  Case 1:22-cr-00075-MSN   Document 8   Filed 02/18/22 - Page 2 of 15 PageID# 22
Electronic Case Filing | U.S. District Court - Middle District of Florida

Query      Reports      Utilities      Help      What's New      Log Out

Suite 3200
400 N Tampa St
Tampa, FL 33602-4798
813-274-6000
Email: diego.novaes@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/17/2022 | 1 | Arrest pursuant to Rule 5(c)(2) of Akshay Ram Kancharla from the Eastern District of Virginia. (LV) (Entered: 02/17/2022) |
| 02/17/2022 | 3 | ORAL MOTION for Detention by USA as to Akshay Ram Kancharla. (LV) (Entered: 02/18/2022) |
| 02/17/2022 | 4 | ORAL MOTION for Bond by Akshay Ram Kancharla. (LV) (Entered: 02/18/2022) |
| 02/17/2022 | 5 | **ORAL ORDER denying 3 Motion for Detention as to Akshay Ram Kancharla (1); granting 4 Motion for Bond. Bond set for Akshay Ram Kancharla (1) $50,000 secured bond as to Akshay Ram Kancharla (1). Signed by Magistrate Judge Anthony E. Porcelli on 2/17/2022. (LV)** (Entered: 02/18/2022) |
| 02/17/2022 | 6 | Minute Entry for Virtual proceedings held before Magistrate Judge Anthony E. Porcelli: INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 2/17/2022 as to Akshay Ram Kancharla from the ED/Virginia., Bond Hearing as to Akshay Ram Kancharla held on 2/17/2022. (digital) (LV) (Entered: 02/18/2022) |
| 02/17/2022 | 7 | **ORAL ORDER as to Akshay Ram Kancharla: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Magistrate Judge Anthony E. Porcelli on 2/17/2022. (LV)** (Entered: 02/18/2022) |
| 02/17/2022 | 9 | Secured BOND entered as to Akshay Ram Kancharla in amount of $ $50,000. (LV) (Entered: 02/18/2022) |
| 02/18/2022 | 8 | **ORDER Setting Conditions of Release as to Akshay Ram Kancharla (1) $50,000 secured bond. Signed by Magistrate Judge Anthony E. Porcelli on 2/17/2022. (LV)** (Entered: 02/18/2022) |
| 02/18/2022 | | NOTICE to ED Virginia of a Rule 5 or Rule 32 Initial Appearance as to Akshay Ram Kancharla regarding your case number: 1:22-mj-26. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (LV) (Entered: 02/18/2022) |

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:22-mj-1157 AEP | DATE: | February 17, 2022 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | INTERPRETER: | n/a |
| UNITED STATES OF AMERICA<br><br>v.<br><br>AKSHAY RAM KANCHURLA | | LANGUAGE: | |
| | | **GOVERNMENT COUNSEL**<br>Diego Novaes AUSA | |
| | | **DEFENSE COUNSEL**<br>Kevin Napper Esq. (limited appearance) | |
| **COURT REPORTER**   digital | | DEPUTY CLERK: | Lynne Vito |
| TIME | 3:50 to 4:15 | TOTAL: 25 min | PRETRIAL | Dylan Lyberger |
| | | COURTROOM: | 10A |

**PROCEEDINGS: Removal hearing, Rule 5 (ED/Virginia) – via zoom**

**Defendant consent to going forward with hearing via zoom.**

Defendant's counsel provided with a copy of COMPLAINT          ARREST DATE:   2/17/2022

Court summarized rights and charges.
Kevin Napper Esq. enters a limited appearance.

Preliminary hearing is waived.    Identity hearing waived.

Government:   seeking detention, presumption applies. Proffer by government.
Defendant:     seeking release on a signature bond, close knit family, not a risk of flight or danger to community

Court: looking for substantial bond, secured.

COURT:   Standard conditions:   defendants to appear in court in accordance with all notices; travel restricted to the Middle District of Florida and the ED/Virginia; reside at current residence and cannot move without prior court approval; cannot commit another crime.

Special conditions:   Report to Pretrial Services as directed, surrender passport to Pretrial Services (by COB tomorrow).   Defendant cannot not apply for any new passports or other travel documents.   Defendant is to submit to substance abuse testing, evaluation and treatment as directed by pretrial with costs to be borne by defendant (as directed by pretrial). Submit to mental health evaluation and any treatment deemed necessary to include psychiatric medications and treatment with all cost to be borne by the defendant as directed by Pretrial Services.   Home Detention with EM can leave for the preapproved purposes: court appearance, meeting with attorney, medical appoints or other appoints as deemed necessary by pretrial; if employment is obtained, for employment purposes, employment must be preapproved by pretrial.

Execute a $50,000 secured and co-signed by parents. Secured by residence at 16170 Colchester Palms Drive, Tampa Fl 33647, property to be posted by COB tomorrow.

Due process order.

Defendant released on bond.

AO 199A (Rev. 06/19) Order Setting Conditions of Release | Page 1 of 4 Pages

# UNITED STATES DISTRICT COURT
## for the
## Middle District of Florida

United States of America )
v. )
) Case No. 8:22-MJ 1157 AEP
AKSHAY RAM KANCHURLA )
)
*Defendant* )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: __(IN ACCORDANCE WITH ALL NOTICES)__
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:

Person or organization
Address (only if above is an organization)
City and state                                                                                                     Tel. No.

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____
Custodian                                    Date

(✓) (7) The defendant must:
  (✓) (a) submit to supervision by and report for supervision to the PRETRIAL SERVICES OFFICER (AS DIRECTED)
         telephone number _____, no later than _____.
  ( ) (b) continue or actively seek employment.
  ( ) (c) continue or start an education program.
  (✓) (d) surrender any passport to: Pretrial services by close of business on Feb 18, 2022
  (✓) (e) not obtain a passport or other international travel document.
  (✓) (f) abide by the following restrictions on personal association, residence, or travel: TRAVEL RESTRICTED TO THE MIDDLE DISTRICT OF FLORIDA AND THE ED OF VIRGINIA. DEFENDANT IS TO RESIDE AT CURRENT RESIDENCE AND CANNOT MOVE WITHOUT PRIOR COURT APPROVAL
  (✓) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:
  (✓) (h) get medical or psychiatric treatment: Submit to mental health or psychiatric evaluation and/or treatment to include medication monitoring as directed, with costs to be borne by the defendant as determined by Pretrial Services
  ( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes:

  ( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
  ( ) (k) not possess a firearm, destructive device, or other weapon.
  ( ) (l) not use alcohol ( ) at all ( ) excessively.
  ( ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  (✓) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
  (✓) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
  (✓) (p) participate in one of the following location restriction programs and comply with its requirements as directed:
      ( ) (i) Curfew. You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
      (✓) (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
      ( ) (iii) Home Incarceration. You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
      ( ) (iv) Stand Alone Monitoring. You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
         Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20) Additional Conditions of Release         Page 3 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☑ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:   Pretrial's discretion
 - ( ☑ ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
 - ( ☐ ) (ii) Voice Recognition; or
 - ( ☐ ) (iii) Radio Frequency; or
 - ( ☐ ) (iv) GPS.

( ☑ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ ) (t) _____

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more — you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years — you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony — you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor — you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

*Defendant's Signature*

Clearwater, FL
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:    2/17/2022

*Judicial Officer's Signature*

ANTHONY E. PORCELLI, UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| AKSHAY RAM KANCHURLA | ) | Case No. 8:22-MJ-1157 (AEP) |
| Defendant | ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____AKSHAY RAM KANCHURLA_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

    ( X )   to appear for court proceedings;
    ( X )   if convicted, to surrender to serve a sentence that the court may impose; or
    ( X )   to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ) (1) This is a personal recognizance bond.

( ) (2) This is an unsecured bond of $ _____.

( X ) (3) This is a secured bond of $ _50,000.00_____, secured by:

    ( ) (a) $ _____, in cash deposited with the court.

    ( X ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:
        16179 Colchester Palm Drive, Tampa, Fl 33647 — unencumbered

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    ( ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 02/17/2022

X _____
Defendant's signature

Surety property owner – printed name: *Ramgopal*
Surety property owner – signature and date: RAMGOPAL KANCHARLA 2/18/2022

Surety property owner – printed name: *Anitha Kancharla*
Surety property owner – signature and date: ANITHA KANCHARLA 2/18/2022

Surety property owner – printed name:
Surety property owner – signature and date:

CLERK OF COURT

Date: 02/17/2022

Signature of Clerk or Deputy Clerk

Approved.

Date: 02/17/2022

Anthony E. Porcelli, United States Magistrate Judge



Wells Fargo HOME MORTGAGE

Return Mail Operations
PO Box 10368
Des Moines, IA 50306-0368

April 22, 2006

000680/S/Y

Ramgopal Kancharla
Anitha Kancharla
16179 Colchester Palms Drive
Tampa FL 33647-5122

CONFIRMATION OF LOAN PAYOFF

| | | | |
|---|---|---|---|
| RE: Client | 708 | Date of Notice | April 22, 2006 |
| Loan Number | 0046946612 | | |

Mortgagor(s)     Ramgopal Kancharla
                 Anitha Kancharla

Property Address  16179 Colchester Palms Dri
                  Tampa FL 33647

Congratulations! We are pleased to inform you that we have processed the funds necessary to pay your loan in full. We are providing the following information to address any questions you may have and to let you know what to expect through the loan payoff process.

If you are changing addresses, please call us immediately at (866) 234-8271. It is very important that we have your correct mailing address in order to send documents, year-end tax information and any refunds which may be due.

If you are entitled to an escrow refund, a check will be issued to you in approximately 15 days. If you are retaining ownership of this property, you are obligated to pay future tax and/or insurance premiums unless a new escrow account is established.

We will mail loan satisfaction documents to you or to your county recorder, according to your state guidelines. In order to record the payoff of this loan with your county, the following needs to be satisfied: 1) funds previously received may not be rejected/returned by the institution upon which they are drawn, and 2) funds committed to receipt used to pay the loan in full must be received in the agreed upon timeframe. Wells Fargo Home Mortgage is committed to release the liens on the loans it services that are accurately paid in full within the appropriate statutory framework. At the end of the year, we will also mail you an annual tax and interest statement for IRS reporting purposes.

If you have any questions about your loan payoff, our service representatives can help you. They can be reached at (866) 234-8271, Monday through Thursday, 6 AM to 10 PM, Friday 6 AM to 9 PM and Saturday, 8 AM to 2 PM Central Time.

We are pleased to have been of service to you and would welcome the opportunity to provide future financing solutions. If you are interested in learning about products and services offered by Wells Fargo, please visit us at www.WellsFargo.com.

Wells Fargo Home Mortgage



Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2004 Wells Fargo Bank, N.A. All rights reserved.




# Wells Fargo Home Mortgage

This certifies that

## Ramgopal Kancharla
## Anitha Kancharla

Has paid in full loan 708-0046946612 on April 21, 2006 for the property of 16179 Colchester Palms Dri, Tampa FL 33647*

The release documents on the property listed will be prepared and forwarded to the county recorder, agent or borrower. The release document must be recorded in order to clear title. Please allow a minimum of 90 days prior to contacting the county for a copy of your release.

Please keep this document for your records.

April 21, 2006
Paid in Full Date

*This certification acknowledges receipt of funds submitted as payoff of the above referenced loan. Wells Fargo Bank, N.A. will process the release so long as the payoff funds have not been rejected/returned by the institution upon which the payoff funds are drawn, you fully comply with the terms of the respective payoff statement and all sums secured by the Security Instrument have been paid in full. This certification shall be null and void and have no bearing (evidentiary or otherwise) on Wells Fargo Bank, N.A.'s effort or ability to recover corporate funds advanced on the loan, for any reason, or its effort to reinstate the security interest when the Security Instrument has been released, satisfied or reconveyed in error, or where the loan was paid in full in error. Wells Fargo Bank, N.A. reserves all rights and remedies under the Note and Security Instrument if a full payoff is not received.

11

Recording Requested By:
WELLS FARGO HOME MORTGAGE

When Recorded Return To:

WELLS FARGO HOME MORTGAGE
X9901-11R
2701 WELLS FARGO WAY
MINNEAPOLIS, MN 55467

INSTR # 2006249014
O BK 16502 PG 0991
Pg 0991; (1pg)
RECORDED 05/23/2006 07:39:03 AM
PAT FRANK CLERK OF COURT
HILLSBOROUGH COUNTY
DEPUTY CLERK A Scott



## RELEASE OF MORTGAGE

WFHM - CLIENT 708 #:0046946612 "KANCHARLA" Lender ID:721080/155476289 Hillsborough, Florida

KNOW ALL MEN BY THESE PRESENTS that American Priority Mortgage, LLC whose address is 2701 WELLS FARGO WAY, MINNEAPOLIS, MN 55467 holder of a certain Mortgage, whose parties, dates and recording information are below, does hereby acknowledge that it has received full payment and satisfaction of the same, and in consideration thereof, does hereby cancel and discharge said Mortgage.

Original Mortgagor: RAMGOPAL KANCHARLA AND ANITHA KANCHARLA, HUSBAND AND WIFE
Original Mortgagee: AMERICAN PRIORITY MORTGAGE, LLC
Dated: 06/30/2005 Recorded: 07/15/2005 in Book/Reel/Liber: 15248 Page/Folio: 1220 as Instrument No.: 2005311121
in the County of Hillsborough State of Florida

Property Address: 16179 COLCHESTER PALM, TAMPA, FL 33647

IN WITNESS WHEREOF, American Priority Mortgage, LLC by the officers duly authorized, has duly executed the foregoing instrument.

American Priority Mortgage, LLC
On May 5th, 2006

By: _____
Dean Hamilton, Vice President Loan Documentation

(NO CORP. SEAL)

WITNESS
Kizito Mor

WITNESS
GIDEON ANNAN

STATE OF Minnesota
COUNTY OF Hennepin

This instrument was acknowledged before me on May 5th, 2006 by Dean Hamilton, Vice President Loan Documentation of American Priority Mortgage, LLC.

WITNESS my hand and official seal,

Kristi Doherty
Notary Expires: / /

KRISTI DOHERTY
Notary Public
Minnesota
My Commission Expires January 31, 2010

(This area for notarial seal)

Prepared By: Charlene M. Abramson, WELLS FARGO HOME MORTGAGE 2701 WELLS FARGO WAY, MINNEAPOLIS, MN 55467 800-288-3212

4 bds | 3.5 ba | 3,403 sqft

16179 Colchester Palms Dr, Tampa, FL 33647

● Off market

Zestimate®: $561,500
Rent Zestimate®: $3,170/mo
Est. refi payment: $2,692/mo      Refinan...our loan

### Looking to save?

Refinancing your mortgage at a lower interest rate could mean significant savings. Find a lender in minutes and see if you could save.

**Get started today**

Zillow Group Marketplace, Inc. NMLS #1303160

# Home Value



Zestimate

# $561,500



Zestimate range

**$511,000 - $612,000**

| | |
|---|---|
| **Subject** | Check out this home I found on Zillow |
| **From** | <cranks.exons_0s@icloud.com> |
| **To:** | <goldtecinc@yahoo.com> |
| **Date** | Today at 5:57 PM |

I found this home on the Zillow App and wanted to share it with you.

Address: 16179 Colchester Palms Dr, Tampa FL 33647
Zestimate®: $561,500
4 bds • 3.5 ba • 3,403 sqft

View this home on Zillow:
https://www.zillow.com/homedetails/16179-Colchester-Palms-Dr-Tampa-FL-33647/68577443_zpid/?utm_campaign=iosappemail&utm_medium=referral&utm_source=emailshare

Download the free Zillow iOS app:
http://zlw.re/ZillowiTunes
Download the free Zillow Android app:
http://zlw.re/AndroidApp


***** Notice ***** The Tampa Port Authority d/b/a Port Tampa Bay is a public agency subject to Chapter 119, Florida Statutes, concerning public records. Electronic Mail (email) messages are covered under such laws and thus subject to disclosure. All email sent and received is captured by the Port Tampa Bay server and retained as a public record.