TYPE OF HEARING: **R5/PH**
CASE NUMBER: **22mj26**
MAGISTRATE JUDGE: John F. Anderson
DATE: **2/28/22**
TIME: **1PM**
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

**Akshay Ram Kancharla**

GOVT. ATTY: **Biheane Metsch**
DEFT'S ATTY: **Chris Amolsch**
DUTY AFPD: _____
INTERPRETER/LANGUAGE **Matter came on for PH.**

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE (X)
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( )
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL ( ) FPD ( ) CJA ( ) Conflict List ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. (X)

BOND: **Deft request to continue PH - granted. Parties request to hold this matter remotely. Oral waiver of speedy trial. Deft cont'd on conds. of release.**

NEXT COURT APPEARANCE **3/8/22**   TIME **1pm**
**PH - TCB**
**(via Zoom)**

**8 min.**