AO 442 (Rev. 01/09) Arrest Warrant

11389120

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

United States of America
v.
AKSHAY RAM KANCHARLA

Defendant

Case No. 1:22-mj-26

**UNDER SEAL**

2022 FEB 18 AM 11: 35

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* AKSHAY RAM KANCHARLA
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Distribution of Fentanyl, in violation Title 21, U.S.C., Section 841.

Date: 02/16/2022

/S/
*Issuing officer's signature*

City and state:   Alexandria, Virginia

The Honorable Theresa C. Buchanan, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2/18/22, and the person was arrested on *(date)* 2/22/22
at *(city and state)* Tampa, FL

Date: 2/22/22

*Arresting officer's signature*

Aly Busa
*Printed name and title*

FOR D/FL