CLOSED, CUSTODY

# U.S. District Court
## Middle District of Florida (Tampa)
### CRIMINAL DOCKET FOR CASE #: 8:22−mj−01157−AEP All Defendants

Case title: USA v. Kancharla
Other court case number: 1:22−mj−26 Eastern District of Virginia

Date Filed: 02/17/2022
Date Terminated: 02/18/2022

Assigned to: Magistrate Judge Anthony E. Porcelli

**Defendant (1)**

**Akshay Ram Kancharla**
*TERMINATED: 02/18/2022*

represented by **Kevin Jon Napper**
The Law Offices of Kevin J. Napper, P.A.
604 South Boulevard
Tampa, FL 33606
813−443−8432
Fax: 813−513−8178
Email: knapper@kevinnapperlaw.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:841A=CD.F CONTROLLED SUBSTANCE − SELL, DISTRIBUTE, OR DISPENSE | |

**Plaintiff**

USA

represented by **Diego Fontes Novaes**
US Attorney's Office − FLM
Suite 3200
400 N Tampa St
Tampa, FL 33602−4798
813−274−6000
Email: diego.novaes@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/17/2022 | 1 | Arrest pursuant to Rule 5(c)(2) of Akshay Ram Kancharla from the Eastern District of Virginia. (LV) (Entered: 02/17/2022) |
| 02/17/2022 | 3 | ORAL MOTION for Detention by USA as to Akshay Ram Kancharla. (LV) (Entered: 02/18/2022) |
| 02/17/2022 | 4 | ORAL MOTION for Bond by Akshay Ram Kancharla. (LV) (Entered: 02/18/2022) |
| 02/17/2022 | 5 | **ORAL ORDER denying 3 Motion for Detention as to Akshay Ram Kancharla (1); granting 4 Motion for Bond. Bond set for Akshay Ram Kancharla (1) $50,000 secured bond as to Akshay Ram Kancharla (1). Signed by Magistrate Judge Anthony E. Porcelli on 2/17/2022. (LV)** (Entered: 02/18/2022) |
| 02/17/2022 | 6 | Minute Entry for Virtual proceedings held before Magistrate Judge Anthony E. Porcelli: INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 2/17/2022 as to Akshay Ram Kancharla from the ED/Virginia., Bond Hearing as to Akshay Ram Kancharla held on 2/17/2022. (digital) (LV) (Entered: 02/18/2022) |
| 02/17/2022 | 7 | **ORAL ORDER as to Akshay Ram Kancharla: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Magistrate Judge Anthony E. Porcelli on 2/17/2022. (LV)** (Entered: 02/18/2022) |
| 02/17/2022 | 9 | Secured BOND entered as to Akshay Ram Kancharla in amount of $ $50,000. (LV) (Entered: 02/18/2022) |
| 02/18/2022 | 8 | **ORDER Setting Conditions of Release as to Akshay Ram Kancharla (1) $50,000 secured bond. Signed by Magistrate Judge Anthony E. Porcelli on 2/17/2022. (LV)** (Entered: 02/18/2022) |
| 02/18/2022 |  | NOTICE to ED Virginia of a Rule 5 or Rule 32 Initial Appearance as to Akshay Ram Kancharla regarding your case number: 1:22−mj−26. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (LV) (Entered: 02/18/2022) |
| 03/03/2022 | 11 | ORAL MOTION for Detention by USA as to Akshay Ram Kancharla. (CDM) (Entered: 03/04/2022) |
| 03/03/2022 | 12 | Minute Entry for In Person proceedings held before Magistrate Judge Amanda Arnold Sansone: Oral Order granting 11 Motion for Detention as to Akshay Ram Kancharla (1); Initial Appearance as to Akshay Ram Kancharla held on 3/3/2022; Detention Hearing as to Akshay Ram Kancharla held on 3/3/2022. (digital) (CDM) (Entered: 03/04/2022) |
| 03/03/2022 | 13 | **ORDER Revoking Conditions of Release(or bond) as to Akshay Ram Kancharla Signed by Magistrate Judge Amanda Arnold Sansone on 3/3/2022. (CDM)** (Entered: 03/04/2022) |
| 03/04/2022 | 14 | **COMMITMENT TO ANOTHER DISTRICT as to Akshay Ram Kancharla. Defendant committed to the Eastern District of Virginia. Signed by Magistrate Judge Amanda Arnold Sansone on 3/4/2022. (CDM)** (Entered: 03/04/2022) |
| 03/04/2022 |  | NOTICE to Eastern District of Virginia of a Rule 5 or Rule 32 Initial Appearance as to Akshay Ram Kancharla regarding your case number: 1:22mj26. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request |

| | | to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (CDM) (Entered: 03/04/2022) |
|---|---|---|

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### CLERK'S MINUTES

| | |
|---|---|
| CASE NO.  8:22-mj-1157-AEP | DATE:  March 3, 2022 |
| HONORABLE  AMANDA ARNOLD SANSONE | INTERPRETER  N/A<br>LANGUAGE |
| UNITED STATES OF AMERICA<br>v. | AUSA Candace Rich<br>Government Counsel |
| AKSHAY RAM KANCHARLA<br>Defendant | Kevin Napper, Esq.<br>Defense Counsel |
| COURT RPTR/TAPE  Digital | DEPUTY CLERK  Cathy Morgan |
| TIME  2:48 – 2:58   Total - 10 min. | COURTROOM  10B |

### PROCEEDINGS: **INITIAL APPEARANCE/EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| X | Deft provided w/copy of  Petition |
| X | ARREST DATE:  March 3, 2022 |
| X | Court summarized charges |
| X | Court advises of Deft's Rule 5 rights |
| X | Govt position on detention |
| X | Defendant argued in favor of release |
| X | Defendant waived identity |
| X | The order of release is hereby revoked. |

Comments:

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                          Case No.   8:22-mj-1157-AEP

AKSHAY RAM KANCHARLA
_____/

## O R D E R

This cause comes on for consideration following a hearing regarding defendant's failure to comply with conditions of release based on a notice of violation out of the Eastern District of Virginia.

Therefore, based upon defendant's conduct, I find that there are no conditions of release, financial or otherwise, to reasonably ensure that defendant will appear in court as required and not endanger the community.   18 U.S.C. §§ 3142(e); 3148(b).

It is, upon consideration,

ORDERED:

(1)   That the order of release (Dkt. 8) is revoked.

(2)   That the defendant is detained pending trial.

(3)   That the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(4)   That the defendant is to be afforded reasonable opportunity for private consultation with his counsel; and

(5) That upon order of a court of the United States or on request from an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined shall deliver the person to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this ___3rd___ day of March, 2022.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | COMMITMENT |
| v. | TO ANOTHER DISTRICT |
| AKSHAY RAM KANCHARLA | CASE NO. 8:22-MJ-1157-AEP |

## CHARGES

| Charging Document | Statute | Charging District |
|---|---|---|
| Petition | 21 U.S.C. § 841(a) | Eastern District of Virginia<br>1:22MJ26 |

**Description:** Violation of Pretrial Release

## PROCEEDINGS

**BOND STATUS:** Defendant detained pending further proceeding

**COUNSEL:** Kevin Napper, retained counsel

**INTERPRETER:** None

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of **Akshay Ram Kancharla** and to transport the defendant with a certified copy of this Commitment Order forthwith to the Charging District and there deliver him to the United States Marshal for that District or to some other officer authorized to receive the defendant.

March 4, 2022

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
UNITED STATES MAGISTRATE JUDGE

## RETURN

| Commitment Order Received: | Place of Commitment: | Date Defendant Committed: |
|---|---|---|
| Date | United States Marshal | By Deputy Marshal |