UNITED STATES DISTRICT COUR
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: THERESA CARROLL BUCHANAN
DEPUTY CLERK: TINA FITZGERALD

UNITED STATES OF AMERICA

HEARING: R5 on PTV   CASE #: 1:22mj26

-vs-

DATE: 4/26/22   TIME: 2:00 p.m.

Akshay Kancharla

RECORDER: FTR SYSTEM   REMOTE HEARING ( )

COUNSEL FOR THE UNITED STATES: Madeleine Case

COUNSEL FOR THE DEFENDANT: not present

INTERPRETER: _____ LANGUAGE: _____

( X ) DEFENDANT APPEARED :   ( ) WITH COUNSEL   ( X ) WITHOUT COUNSEL

( ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

( ) COURT TO APPOINT COUNSEL _____   ( ) DFT. TO RETAIN COUNSEL

( ) GVT. CALL WITNESS & ADDUCES EVIDENCE   ( ) AFFIDAVIT

( ) EXHBIT # _____ _____ ADMITTED

( ) PROBABLE CAUSE: FOUND ( )  / NOT FOUND ( )

( ) PRELIMINARY HEARING WAIVED

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) DEFT. ADMITS VIOLATION (   ) DFT. DENIES VIOLATION   ( ) COURT FINDS DFT. IN VIOLATION

MINUTES: Deft's counsel (Chris Amolsch - retained) was in trial for another matter and could not be present. Matter reset for status on 4/28/22 at 1:00 p.m. w/TCB. Deft. remanded.

ADDED CONDITIONS OF RELEASE
($         ) UNSECURED ($         ) SECURED ( ) PTS ( ) 3ʳᵈ PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SAFE ( ) PAY COSTS ( ) ELECTRONIC MONITORING ( ) MENTAL HEALTH
TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT ( ) AVOID CONTACT
( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS
( ) DEFENDANT CONTINUED ON CONDITIONS OF SUPERVISED ( ) PROBATION ( ) RELEASE

NEXT COURT APPEARANCE