TYPE OF HEARING: **Revo/Status**
CASE NUMBER: **22mj26**
MAGISTRATE JUDGE: John F. Anderson
DATE: **5/5/22**
TIME: **2PM**

EASTERN DISTRICT OF VIRGINIA      TAPE: FTR RECORDER

UNITED STATES OF AMERICA

VS.

**Akshay Ram Kancharla**

GOVT. ATTY: **Bibi Metsch**

DEFT'S ATTY: **Christopher Amolsch**

DUTY AFPD: _____

INTERPRETER/LANGUAGE: _____

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE ( )
DEFT INFORMED OF RIGHTS, CHARGES, AND PENALTIES ( )
DEFT INFORMED OF THE VIOLATION (S) ( )
COURT TO APPOINT COUNSEL ( )    FPD ( )    CJA ( )    Conflict List ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. ( )

**matter continued.**

BOND: **Deft remanded.**

NEXT COURT APPEARANCE: **5/6/22**   TIME: **2PM**
**PH/REVO/DH**

**3min.**