TYPE OF HEARING: PH/BOND/DH
CASE NUMBER: 22-mj-26
MAGISTRATE JUDGE: John F. Anderson
DATE: 5/6/22
TIME: 2PM
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

Akshay Ram Kancharla

GOVT. ATTY: Bibeane Metsch

DEFT'S ATTY: Christopher Amolsch

DUTY AFPD: _____

INTERPRETER/LANGUAGE _____

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE ( )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( )
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL ( ) FPD ( ) CJA ( ) Conflict List ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. ( )

Matter came on for PH. Preliminary hearing waived - Court finds PC - matter cont'd for further proceedings

BOND before the Grand Jury. Gov't is seeking detention pending trial. Deft argues for release - DENIED. Deft remanded.

15 min.