AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

MAY -6 2022

United States of America )
v. )
Kanchana ) Case No. 1:22mj26
_____ )
Defendant )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 5/6/22

_Defendant's signature_

_Signature of defendant's attorney_

Charles Amarsct  USB 43820
_Printed name and bar number of defendant's attorney_

12005 Sunrise Valley Dr. #200
_Address of defendant's attorney_ Reston, VA 20191

_E-mail address of defendant's attorney_

703 969 2214
_Telephone number of defendant's attorney_

_FAX number of defendant's attorney_