AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
IN OPEN COURT

MAY 2 6 2022

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:22-CR-75 (MSN) |
| AKSHAY RAM KANCHARLA ) | |
| ) | |
| Defendant ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:  05/26/2022

_____
Defendant's signature

_____
Signature of defendant's attorney

Christopher Bryan Amolsch
Printed name of defendant's attorney

_____
Judge's signature

_____
Judge's printed name and title