

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AKSHAY RAM KANCHARLA,<br><br>*Defendant*. | Criminal No. 1:22-CR-75 (MSN) |

## CRIMINAL INFORMATION

COUNT ONE

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about November 8, 2021, in Prince William County, Virginia, within the Eastern District of Virginia, the defendant AKSHAY RAM KANCHARLA did knowingly, intentionally, and unlawfully distribute, a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## FORFEITURE NOTICE

Pursuant to Fed. R. Crim. P. 32.2(a), the defendant, AKSHAY RAM KANCHARLA, is hereby notified that if convicted of the controlled substance offense alleged in Count One of the Criminal information, the defendant AKSHAY RAM KANCHARLA shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), the following: (1) any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation; and (2) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

Pursuant to Fed. R. Crim. P. 32.2(a), the defendant, AKSHAY RAM KANCHARLA, is hereby notified that if convicted of any of the violations set forth in this Indictment, the defendant, AKSHAY RAM KANCHARLA, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offense.

(CONTINUED ON THE FOLLOWING PAGE)

Pursuant to 21 U.S.C. § 853(p), AKSHAY RAM KANCHARLA, shall forfeit substitute property, if, by any act or omission of AKSHAY RAM KANCHARLA, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(In accordance with 18 U.S.C. § 924(d)(1); 21 U.S.C. § 853;
28 U.S.C. § 2461(c); and Fed. R. Crim. P. 32.2(a))

Respectfully submitted,

Jessica D. Aber
United States Attorney

_____
Bibeane Metsch
Assistant United States Attorney