Date: 5/26/2022     Judge: Nachmanoff     Reporter: Diane Salters
Time: 10:06 am  to 10:26 a.m.

UNITED STATES of AMERICA
    Vs.

Akshay Kancharla     1:22-cr-75
Defendant's Name     Case Number

Christopher Amolsch     Bibeane Metsch
Counsel for Defendant     Counsel for Government

Matter called for:
( ) Motions     ( ) Setting Trial Date     ( ) Change of Plea Hrg.     ( ) Rule 35
( ) Arraignment     ( ) Appeal from USMC     ( ) Sentencing     ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.     (✓) Pre-Indictment Plea     ( ) Other: _____

Defendant appeared:     (✓) in person     ( ) failed to appear
    (✓) with Counsel     ( ) without counsel     ( ) through counsel

Filed in open court:
(✓) Criminal Information     (✓) Plea Agreement     (✓) Statement of Facts     (✓) Waiver of Indictment     ( ) Discovery Order

Arraignment & Plea:
( ) WFA     ( ) FA     (✓) PG     ( ) PNG     Trial by Jury:     ( ) Demanded     (✓) Waived

_____ Days to file Motions with Argument on _____ at _____
Defendant entered Plea of Guilty as to Count(s) 1 of the Criminal Information     Plea Accepted (✓)
Motion for Dismissal of Count(s) _____ ( ) by U.S.    ( ) by Deft.
( ) Order entered in open court   ( ) Order to follow
Defendant directed to USPO for PSI:  (✓) Yes     ( ) No
Case continued to 8/4/2022 at 10:00 a.m.  for: ( ) Jury Trial  ( ) Bench Trial  (✓) Sentencing

All Exhibits must be filed with the Clerk _____ days prior to trial.
Bond Set at: $_____     ( ) Unsecured     ( ) Surety     ( ) Personal Recognizance
( ) Release Order Entered     (✓) Deft. Remanded     ( ) Deft. Released on Bond     ( ) Deft. Continued on Bond

Defendant is: (✓) In Custody   ( ) Summons Issued   ( ) On Bond   ( ) Warrant Issued   ( ) 1st appearance

8/10

Email: _____