

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AKSHAY RAM KANCHARLA,<br><br>*Defendant*. | Criminal No. 1:22-CR-75 (MSN) |

## STATEMENT OF FACTS

The United States and the defendant, Akshay Ram Kancharla (hereinafter, "the defendant"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. Between at least August 2021 and February 2022, in the Eastern District of Virginia and elsewhere, the defendant did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, a Schedule II controlled substance.

2. The defendant was personally involved in the distribution of at least 1.2 kilograms but not more than 4 kilograms of a mixture and substance containing fentanyl (Base Offense Level 32) within the Eastern District of Virginia.

3. The defendant used the moniker OnlyTheFinest on the darknet markets ToRRez and Dark0de Reborn, in the Eastern District of Virginia and elsewhere, to knowingly, intentionally, and unlawfully distribute mixtures and substances containing detectable amounts of fentanyl. The OnlyTheFinest profiles offered several listings for varying quantities of pressed Oxycodone


CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

pills, pressed Xanax bars, pressed Adderall pills, and THC resin. The defendant also sold fentanyl laced pills "off market" through the encrypted application Wickr.

4. Between October 2021 and February 2022, law enforcement conducted controlled purchases from OnlyTheFinest as summarized in the table below:

| Date Ordered | Dark Market / Off Market Application | Number and Weight of Pills | Weight / Substance | Location Package Received |
|---|---|---|---|---|
| 10/7/2021 | ToRReZ | 10 pressed Oxycodone pills | 1.07 grams; fentanyl | Gainesville, VA |
| 10/21/2021 | ToRReZ | 50 pressed Oxycodone pills | 5.365 grams; fentanyl | Manassas, VA |
| 10/30/2021 | Wikr | 50 pressed Oxycodone pills / 20 Adderall | 5.318 grams; fentanyl | Gainesville, VA |
| 11/8/2021 | Wikr | 200 pressed Oxycodone pills | 21.385 grams; fentanyl | Manassas, VA |
| 11/30/2021 | Wikr | 200 pressed Oxycodone pills | Pending | Manassas, VA |
| 12/15/2021 | Wikr | 200 pressed Oxycodone pills | Pending | Gainesville, VA |

5. The defendant would acquire and then package and ship nationwide mailings containing controlled substances that contained a detectable amount of fentanyl. The defendant would use his white Nissan 370z bearing Florida license plate number LQQA64 with vehicle identification number JN1AZ4EH2GM934361 registered to the defendant to mail packages ordered from OnlyTheFinest.

6. The defendant using the moniker OnlyTheFinest joined ToRRez on August 25, 2021. On ToRRez, the defendant sold over $73,096 in controlled substances. On ToRRez, as of

2

December 21, 2021, OnlyTheFinest had completed 264 transactions and had 152 rated orders (customers are not required to rate or leave a review) that reflected purchases for several items including 7,375 pressed Oxycodone pills. The amount paid for the rated orders was $63,016.

7. After ToRRez market went down, the defendant using the moniker OnlyTheFinest joined Dark0de Reborn on October 6, 2021. On Dark0de Reborn, the defendant sold over $39,793 in controlled substances. On Dark0de Reborn, as of January 27, 2022, OnlyTheFinest had completed 73 transactions and 26 rated orders (customers are not required to rate or leave a review) that reflected sales for several items. All 26 rated orders were for pressed Oxycodone pills totaling 3,975 pills sold. The amount paid for the rated orders was $28,137.

8. On February 17, 2022, a search warrant was conducted at the defendant's residence. Therein, agents located marijuana as well as pressed Oxycodone pills and pressed Xanax bars. The pressed Oxycodone pills weighed approximately 2,380 grams and resembled those obtained through controlled purchases from the defendant that have tested positive for fentanyl. The pressed Xanax bars weighed approximately 437.5 grams. Law enforcement also seized $30,410 in U.S. currency. Agents observed on the defendant's laptop an Ethereum cryptocurrency wallet owned by the defendant with transactions related to the controlled purchases that contained approximately 2.444 in Bitcoin.

9. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

10. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: May 26, 2022          By: _____
                                Bibeane Metsch
                                Assistant United States Attorney

4

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, AKSHAY RAM KANCHARLA, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
AKSHAY RAM KANCHARLA

I am Christopher Bryan Amolsch, defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Christopher Bryan Amolsch, Esq.
Counsel for AKSHAY RAM KANCHARLA