JS 45 (01/2008)                             **REDACTED**

## Criminal Case Cover Sheet                                    U.S. District Court

**Place of Offense:**          Under Seal: Yes ___ No _X_    Judge Assigned: __MSN__
City _____          Superseding Indictment ___    Criminal Number: 1:22-CR- 00075
County/Parish _Prince William_  Same Defendant _X_          New Defendant _____
                              Magistrate Judge Case Number  1:22-mj-26    Arraignment Date: _____
                              Search Warrant Case Number _____
                              R 20/R 40 from District of _____
                              Related Case Name and No: _____

**Defendant Information:**
Juvenile -- Yes ___ No _X_  FBI # _P3JX7CLNR_
Defendant Name: **AKSHAY RAM KANCHARLA**    Alias Name(s) _____
Address: Tampa, FL 33647
**Employment:** _____
Birth date _1995_   SS# _7230_   Sex _M_ Def Race _Asian_   Nationality _U.S. Citizen_   Place of Birth _Florida_

Height _5'09"_  Weight _130_  Hair _Black_  Eyes _Brown_  Scars/Tattoos  TAT BACK, BACK TAT CHEST, CHEST TAT L SHLD, SHOULDER, LEFT TAT LF ARM, ARM, LEFT, LOWER TAT UR ARM, ARM, RIGHT, UPPER (no description of tattoos)

Interpreter: _X_ No ___ Yes List language and/or dialect: _____  Automobile Description _____

**Location Status:**
Arrest Date  03/03/2022
_X_ Already in Federal Custody as of   03/03/2022   in Alexandria Adult Detention Center
___ Already in State Custody     ___ On Pretrial Release      ___ Not in Custody
___ Arrest Warrant Requested    ___ Fugitive                   ___ Summons Requested
___ Arrest Warrant Pending       ___ Detention Sought           ___ Bond

**Defense Counsel Information:**
Name: Christopher Bryan Amolsch       ___ Court Appointed       Counsel conflicted out: _____
Address: 12005 Sunrise Valley Dr. Ste. 200, Reston, VA 20191   _X_ Retained
Telephone: 703-969-2214              ___ Public Defender       Federal Public Defender's Office conflicted out:

**U.S. Attorney Information:**
AUSA _Bibeane Metsch_   Telephone No:  703-299-3700     Bar # _____

Complainant Agency, Address & Phone Number or Person & Title:
Brian Cramer, Special Agent, Federal Bureau of Investigation

**U.S.C. Citations:**

| Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1  21 U.S.C. § 841 | Distribution of Fentanyl | 1 | Felony |
| Set 2 | | | |
| Set 3 | | | |

(May be continued on reverse)

Date: May 10, 2022      Signature of AUSA:  *Bibeane Metsch*