June 10, 2022

Honorable Michael Nachmanoff
Unites States District Judge
Eastern District of Virginia
Alexandria, VA  22314

Dear Judge Nachmanoff,

Your honor, on behalf of my wife and I, we would like from the bottom of our hearts to deeply apologize to you, and the community and everyone who my son has harmed or negatively influenced. We would like to also sincerely thank you. We are grateful to the law enforcement team that apprehended my son and prevented him from causing any further harm to others and to himself.

The happiest day of my life was when my oldest son Akshay was born and the saddest day was when we learned about the crime he committed. Your honor, we can tell you with complete sincerity that Akshay is a decent, generous, respectful, kind-hearted, hard-working, religious, and moral person with family values.

He knew what he liked, which was making music, and pursued a degree in audio engineering. He has spent countless hours each day perfecting his skills to build his business and reputation.

We as a family belong to several temples, charitable organizations and service organizations like the Rotary Club. Akshay, along with my wife and second son and I, have participated and volunteered in hundreds and hundreds of service projects helping the less fortunate. We do this because we have all been raised to feel a moral obligation to our community and society. Akshay has always been part of the group, team, family and friends making this community a better place.

Your honor, at a very early age as a school kid, he would work with food pantries and other church groups to help put out bins to collect food as a part of a food drive, walking for cancer, heart walks, beach and shore clean ups, distributing and sorting food and clothing, doing charitable projects at dozens of places including a camp for disabled children, foster homes, lunch pantries, sorting donated items, painting, cleaning and other projects. He was always active at the dozens of charitable and service projects our Rotary Club undertook every year.

With profound sadness, respect and humility to the Lord, you, and the law, we can only honestly say that the unconscionable deeds that our son Akshay was a part of are not the body of what he represents as a person. The only explanation we can fathom is that he was unfortunate to cross paths with some of the most immoral people who then influenced him.

For nearly 20 months our son's music business dried up and he was isolated in his room with little or no interaction. An idle mind is the devil's workshop and we think that happens to be a true depiction in this context. Our decent and good son was gullible, credulous and immature and absolutely foolish and wrong to associate with immoral people in illegal activities online. Not to make excuses but he definitely got caught up in a world he knew nothing about.

Like most middle-class kids from the suburbs, Akshay has no street smarts. He got in too deep with immoral characters on line. There is truly no explanation for his irresponsible actions as he truly is a good person as he demonstrated for more than 25.5 years. We brought up a decent and moral person, but

for a few dark months he lost his moral campus and made some regrettable immoral decisions that will haunt him the rest of his life.

Your honor, our temple family, my Rotary family, our wonderful extended family and friends who care so deeply for Akshay and his well-being are all ready to help him succeed in life and guide him to never ever take the immoral path again. This I can assure you your Honor. We have spoken to him many a time since this deeply regrettable crime and he is beside himself, shown contrition, deep remorse, shame and disgust with himself for shaming himself and his family and friends. He wants to make amends and be a productive citizen and be an asset to the community.

Even during his short period of making music for a living, he would often not charge the young men who had little means for his services as all he wanted to do is make music. That's the kind of person he was. All sorts of people from different economic status are involved in the music industry, we know many times he would give several hundred dollars to people he came across who were in dire need of money for food or to make ends meet. He never was a greedy or selfish person. In his own way, he would always come to the rescue of less fortunate.

Your honor, it is clear and very evident from all the family and friends who have so explicitly written to you that he is a genuinely good person who made some horrible mistakes over a short period of time. That time is over. His upbringing and support now, from our temple-going, decent, charitable, giving, generous family and friends will help him move forward.

I pray to Almighty God and you to show some compassion, empathy, benevolence and leniency in your judgement of our beloved son Akshay.

Ram and Anitha Kancharla