Achyut Kumar Allady
8725 Grapeview Boulevard
Loxahatchee, FL 33470
(561)866-5185

June 21, 2022

Honorable Michael Nachmanoff
United States District Judge
Eastern District of Virginia
Alexandria, VA 22314

Your Honor,

My name is Achyut Kumar Allady. I am a father of 3 children, Professional Engineer, and CEO of RADISE International an engineering firm in South Florida. I respectfully ask for your leniency and have mercy in sentencing Akshay Kancharla. I write this letter with anguish and heavy heart. I would do anything for Akshay because of the good heart and sweet soul that he always was and still is today. I have known Akshay extremely well since he was a young kid…He and his parents are like family to us. Akshay has always impressed me as highly intelligent, kind, and ambitious. He is well liked by everyone around him.

Your honor, I am shocked and had never thought for a second that he would get into trouble with the law. It is unfortunate that he has made some bad decisions thus resulting in this case. Your honor, this is not a true reflection of him or his character or beliefs…I know him like my son and I don't say this lightly: I literally call him son. I know this young man extremely well and this does not define him. I can assure you he is respectful and well rounded. This mistake by him is an abnormality of his character. I sincerely believe that moving forward, he will emerge as a better person.

Your honor, I am not writing to make excuse for what Akshay did. He and everyone who care about him know that he had committed a grievous error of judgment. All I am trying to do is to humbly ask that you give him a second chance to right his wrongs. I truly believe he has the decency in his heart and mental capacity to acknowledge his mistakes and ready to make amends for his unbecoming behavior. The sooner he can return to his supportive family and community, the sooner he can start the process of remaking himself. Knowing the support and guidance he will receive from many of us who care so deeply about him, I am very confident he will transform himself into an outstanding member of our community.

Your Honor, please show leniency in your sentencing and give Akshay a second chance. I thank you very much for your full consideration.

Respectfully,

*[signature]*

Achyut Kumar Allady