June 16, 2022

Honorable Michael Nachmanoff
United States District Judge - Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Dear Judge Nachmanoff:

My name is Robert H. Bishop. I am the Dean of Engineering at the University of South Florida and a professor in the Department of Electrical Engineering. I am writing on behalf of Akshay Kancharla and his family. I have known Akshay and his family for eight years. I have both a professional and personal relationship with his father, Ram Kancharla. Ram is one of most caring and committed fathers that I have ever met, and his entire family reflects a kind and gentle manner of living. Indeed, Akshay is a fine young man from a wonderful family.

In a moment of great despair, Ram shared with me that Akshay is being sentenced for criminal conduct related to selling narcotics. I am shocked. This never would have occurred to me to be an activity that Akshay would be involved with ... it is so out of character.

I have witnessed Akshay as he pursued his evolving interest in recording and producing music. I recall when he told me of his excitement in starting a clothing line, focusing on tee shirts with a music theme. He studied audio and sound engineering in college. As a professor working with students over a career spanning over 30 years, I am keenly aware of the motivations and dreams of young folks looking forward to reaching their greatest potential as they pursue their passions. What I see in Akshay is a young man with a dream and the family resources to assist him along his journey.

I cannot explain why Akshay walked down this path that has led him to this point of being charged with this serious criminal offense. He has clearly stumbled. But without hesitation, I can say that I still believe in Akshay. He is worthy of our consideration of a second chance to make amends and get back on the path leading to success.

We will be rewarded by leniency in sentencing to give Akshay and his family time to regroup and refocus on the great possibilities that his music passion has to offer. He has much good to offer society. In anticipation, thank you for considering this request.

Respectfully,

*Robert H. Bishop*

Robert H. Bishop, Ph.D., P.E.