June 27, 2022

Honorable Michael Nachmanoff
United States District Judge
Eastern District of Virginia
Alexandria, VA 22314

Dear Judge Nachmanoff,

    My name is Amrith Kancharla. I am Akshay Kancharla's brother. I am writing this letter to ask for leniency in sentencing my brother for his crimes related to narcotics.

    I believe that my brother has made a terrible mistake that will not be repeated. He has had time to reflect upon his actions and truly regrets them. It is evident to me that he has learned from his mistakes and wants nothing more than a fresh start.

    It was never his intention to do such things. Unfortunately, he got acquainted with the wrong people who have led him down this road. He felt this was his only option as his business suffered because of Covid. This is by no means a justification for his actions, but maybe you can empathize with his struggle to stay afloat.

    My brother has always been like a third parent to me. He has played an integral role in my life and my upbringing. He has looked after me, so I want to do the same to help him through this low point in his life. I can say whole heartedly that he has constant support from his family. We will provide him the help he needs to start anew and make sure this does not happen again.

    Once again, I ask that you show my brother some leniency in sentencing him. Thank you for your consideration.

Regards,

*Amrith Kancharla*

Amrith Kancharla

16179 Colchester Palms Dr,
Tampa, FL 33647