June 28, 2022

Honorable Micheal Nachmanoff
United States District Judge-Eastern District of Virginia
401Courthouse Square
Alexandria, VA 22314

Dear Judge Nachmanoff,

I am Gopalaraju Dantuluri, a practicing Veterinarian and it is with a heavy heart I write to you seeking leniency for Akshay Kancharla in his sentencing.

I have known the family of Kancharla since 2009 as a neighbor in Tampa, Florida. I have two kids and we are family friends and neighbors. Our kids used to play together and since that time I have seen Akshay Kancharla grow as a bright, enthusiastic young boy full of hope and potential. I have closely observed him during those formative years and there was never any situation where he was in trouble. He is respectful and joyous young man. I am shocked beyond words upon learning about his transgression.

As responsible citizen, I understand the rule of law but, as a parent, I seek your kindest heart to look in to the factors like his age, no prior criminal record, his sincere regret for his action. He understands fully the burden of lifelong stigma he has to carry while he tries to re-build his life as a law abiding citizen. His family and friends are all there to support in this endeavor.

Without a doubt Akshay Kancharla is immensely remorseful and deserves a second chance. I humbly request you for a lenient sentence.

Thank you for your time and consideration.

Sincerely

Gopalaraju Dantuluri
16104 Brecon palms Place
Tampa, FL 33647