Michael De Lucca
14370 NE 4 Avenue
Miami, FL 33161
954.445.5387

June 7, 2022

The Honorable Michael Nachmanoff
United States District Judge
Eastern District of Virginia
Alexandria, VA 22314

Dear Judge Nachmanoff:

I am writing on behalf of Akshay Kancharla who is being sentenced for selling narcotics.

I have known Akshay since his childhood. I have spent many holidays with him and his family and have had the pleasure of watching him grow into a good young man. Akshay has always treated his family and extended family with the utmost respect. He is well rounded, generous and kind hearted. I have never known this young man to be in trouble and can assure you that this situation is completely out of his character.

His mom and dad are wonderful people who have established a very close, loving relationship with their children. They, as well as family and friends are providing extensive support for Akshay at this time.

Your Honor, I am asking that you please have some leniency on Akshay's sentencing. This young man has no prior criminal record and simply made a decision without thinking about the consequences.

Very truly yours,

Mike De Lucca