# BASSEM DIBBS

June 6, 2022

The Honorable Michael Nachmanoff
United States District Judge
Eastern District of Virginia
Alexandria, VA 22314

Bassem Dibbs
402 S. Armenia Ave #129C
Tampa, FL 33609

Dear Judge Nachmanoff:

Your honor, my name is Bassem Dibbs. I'm respectfully asking for your leniency in sentencing Akshay Kancharla who is being sentenced for criminal conduct related to selling narcotics.

Being a close friend of Akshay's parents for over 30 years, I have been involved in his life since the day he was born. Akshay is a very kind and gentle sole that comes from a very solid family background and is surrounded by extremely loving and nurturing parents and friends

Having no children, I always considered Akshay to be like a son to me and have had keen interest in his development and future. I spent countless hours with Akshay talking about diverse subjects including growing his budding business. I was always impressed by his God given talent, intelligence, kindheartedness, and ambition.

I know that the COVID Pandemic had catastrophic effects on Akshay's business and in all our discussions I encouraged him to remain positive because things are bound to turn around. Never in a million years did I imagine that Akshay could get involved in anything illegal because this would be so out of character for this stand-up young man that has never been in trouble before.

Knowing Akshay, I am confident that he is extremely remorseful for what he has done, and given a second chance, and with the support of all those that love him, he will set his life in the right direction.

Please take into consideration his youth and the fact that this is his first offence, and kindly show leniency in your judgement. Given a chance, this young man has a bright future ahead of him.

Thank you for taking the time to read my letter. I can be reached at (813) 263-8005.

Sincerely,

Bassem Dibbs

---