FROM THE DESK OF
# Craig DiCecco

June 11, 2022

Honorable Michael Nachmanoff
United States District Judge
Eastern District of Virginia
Alexandria, VA 22314

Dear Judge Nachmanoff,

I am writing you concerning Akshay Kancharla, a young man whose case is before you.

I have known the Kancharla family for over 10 years.  My family and theirs have spent so many hours together.  During that time I have known Akshay as a student, community volunteer, son, and brother.  I have seen the love and support the Kancharla family has for one another.

In speaking with his father, I was shocked and disoriented to hear Akshay in legal trouble.  The Kancharla family are devastated by these events.  They are also determined to provide the support necessary for Akshay to right his course.  For these reasons, I am asking to show leniency in his case.  I am confident that given the chance, and with the support of his family and friends, Akshay will rise from this lapse in judgement and return to being the conscientious, contributing young man I know him to be.

Your honor, you have an opportunity to help a young man "right the ship" and return to the family and community where he belongs.

Thank you for your consideration.

Respectfully,

*[signature]*

Craig DiCecco

17204 Broadoak Drive, Tampa, Florida 33647
813-632-3775 | dicecco.c@gmail.com