Ming Gao
19025 Weatherstone Drive
Tampa, FL 33647
(813)299-6321

June 6, 2011

Honorable Michael Nachmanoff
United States District Judge
Eastern District of Virginia
Alexandria, VA 22314

Dear Judge Nachmanoff,

Your honor, my name is Ming Gao. I respectfully ask for your leniency in sentencing Akshay Kancharla. He is being sentenced for criminal conduct related to selling narcotics.

I have known Akshay and his family for over 20 years. As a neighbor and family friend, I spent countless hours with Akshay during family gatherings, birthday parties, ball games and fishing trips. He was an outstanding student and an eager community volunteer. I vividly remember talking with him about picking a college major and how he wanted to become an engineer like myself. Akshay has always impressed me as highly intelligent, kind, and ambitious. He is well liked by everyone around him. I had never thought for a second that he would get into trouble with the law.

Your honor, I am not writing to make excuse for what Akshay did. He and everyone who care about him know that he had committed a grievous error of judgment. All I am trying to do is to humbly ask that you give him a second chance to right his wrongs. I truly believe he has the decency in his heart and mental capacity to acknowledge his mistakes and ready to make amends for his unbecoming behavior. The sooner he can return to his supportive family and community, the sooner he can start the process of remaking himself. Knowing the support and guidance he will receive from many of us who care so deeply about him, I am very confident he will not make the same mistake again and will transform himself into an outstanding member of our community.

Your Honor, please show leniency in your sentencing and give Akshay a second chance. Thank you very much for your full consideration.

Respectfully,

*Ming Gao*

Ming Gao