Frank Kalpakis<br>
3616 West Obispo Street<br>
Tampa, Florida 33629

June 16, 2022

Honorable Michael Nachmanoff
United States District Judge – Eastern Division of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Dear Judge Nachmanoff:

My name is Frank Kalpakis.  I am a Principal with Renaissance Planning, an urban planning consultancy in Tampa, Florida.  I am reaching out to you to request your leniency in sentencing Akshay Kancharla, who is being sentenced for criminal conduct related to selling narcotics.

I have known the Kancharla family for nearly 25 years.  They are a loving family and contributing members of the Tampa community.  I have come to know Akshay through family get-togethers and many fishing trips with the Kancharla boys.  He is a kind young man with a big heart and a joy to be around.

I was shocked and saddened to hear the news of Akshay's misjudgment.  I am not sure how he drifted to this place, but this is not the Akshay that I know. I'm sure he is self-reckoning and feeling incredible remorse for the decisions that blinded him from his desires and dreams.  This is a wake-up a call and turning point of his life.

Your honor, Akshay deserves a second chance.  These circumstances are not consistent with his core values of decency and kindness.  With the support system that Akshay has in his family and friends and his deep-rooted values, I have no doubt that he will grow to be a productive and contributing member of society.

Please grant leniency in your sentencing to Akshay.  With a new lease on life, he will prove to all of us that this was a blip of bad judgment and not characteristic of the ambitious and caring young man we all know.

Respectfully,

*[signature]*

Frank Kalpakis