Darren Kipnis
8765 15th St N
St. Petersburg, FL 33702
813-951-0334
darren.kipnis@gmail.com

June 6, 2022

Honorable Michael Nachmanoff
U.S. District Court
Eastern District of Virginia
Alexandria, VA 22314

Dear Judge Nachmanoff,

Your Honor, my name is Darren Kipnis. I'm writing you this letter today with a heavy heart, and I am pleading for your leniency in sentencing Akshay Kancharla. He is being sentenced for criminal conduct in relation to selling narcotics.

I have known Akshay Kancharla and his family for over 10 years. I originally met Akshay at our Rotary District's family picnic, where I have served for many years along with his father. I have great respect and love for Akshay and his desire to do good in this world. His conduct absolutely did not reflect the respectful, kind-hearted, and generous young man who I have come to know over the last decade. He is the kind of son we all hope to raise, and prior to this, Akshay had never once been in trouble.

I truly believe Akshay got caught up in this unconscionable conduct because he is a trusting young man who was far beyond gullible. None of his actions associated with this correctly represent who he is, how he was raised, nor his character. He comes from such a loving and supportive family and community, and I know we will all be here to continue to provide guidance and support to ensure he is not led astray again.

I speak from my heart when I say Akshay truly is a decent young man who absolutely understands what a dreadful mistake he made. I am confident to my core that he will never get involved in this type of conduct again. Please, Your Honor, I implore you to show leniency in your sentencing, and please give this young man a second chance.

Respectfully,

Darren Kipnis