Ashok Komarla
15702 Mifflin Court
Tampa Fl 33647

June 14, 2022

Honorable Michael Nachmanoff
United States District Judge
Eastern District of Virginia
Alexandria, VA 22314

Dear Judge Nachmanoff,

My name is Ashok Komarla. I am a Psychiatrist and Medical Director of a mental health center and hospital in Tampa Florida. I know the Kancharla family for more than 30 years. They are very humble, religious and well respected in the community. I was surprised and shocked to hear that Akshay Kancharla was involved in selling narcotics. Akshay is a caring, quiet, young man who has a good heart and is respectful of others in my interactions with him during numerous family gatherings. Somehow Akshay made bad decisions probably under peer pressure during isolation and stress of covid pandemic. He has been very remorseful and upset that he made bad decisions. I believe that everyone deserves a second chance. Akshay has never gotten in trouble with the law. I request your leniency in sentencing him. He will be benefitted more if he is with his family to guide him in the right direction. I feel that he has learned his lesson. He has very good support of his family and family friends to help him overcome the negative influences that were in his young life. We all make mistakes in our life, but the key is to fix the mistakes and learn from it so that we do not make mistakes again. I believe that he will never break any law in the future and will turn his life around and be a productive citizen of the community.

Thank you, your honor for your time and consideration.

Sincerely

*Ashok Komarla*

Ashok Komarla

June 9, 2022

Honorable Michael Nachmanoff
Unites States District Judge
Eastern District of Virginia
Alexandria, VA  22314
Dear Judge,

Re: Sentencing of Akshay Kancharla

My name is Paul Anderson and I am CEO of Port Tampa Bay.

I'm writing I am writing to you to ask you kindly to grant leniency in the sentencing of young Akshay Kancharla. Please know that Akshay comes from an excellent family, one that I am proud to call friends, and one that is highly committed to lifelong learning, public service, their faith, and their community. Please consider that in your sentencing, and the good that can come from a young person who made a mistake but is more than ready to rectify it in any way he can. You won't be disappointed.

I have held numerous high-profile leadership positions in the public and private sectors over the past three decades. I've served as Federal Maritime Commissioner, President of a maritime shipping company, senior executive of a multi-billion dollar company, Chairman of one of the nation's largest community colleges, Chairman of a leading economic development agency, and Chairman of a large hospital system foundation board, among other posts.

Given the foundation of my business experiences, my faith and my family, I feel I have been blessed with good insights into people and their motivations, including insights into the younger generation. I have seen the strength developed by children that are given solid moral underpinnings in childhood and an excellent support system as they grow. Akshay Kancharla obviously made some big mistakes, decisions and actions that are unacceptable. I know he understands the gravity of the situation. This conviction is a weight he will carry for the rest of his life, but I truly feel it will never happen again. At his essence, he is a good human being. This is a young man who was undoubtedly unduly influenced by the online world, but he is a bright young man with a rock-solid support system. I know he will voluntarily make amends for the rest of his life.

Akshay grew up in a household filled with love, and responsibility and commitment to community service. He has invested countless hours in service to others, from collecting and distributing food and necessities to cleaning up public parks and beaches to tutoring children. Yes, young people from good homes with good life experiences still stray from the path of morality and legality, but in this case, I feel it was an aberration. After his return, I am certain he will focus all his efforts on becoming a valuable member of the community. That is the future I see for him, and it is achievable.

We all know the justice system is overburdened and many must be incarcerated because they are a threat. I know in my heart Akshay is no threat. I will offer my support to the family to ensure Akshay is able to transition back to the kind of life his family and friends want for him, the kind of life that makes the community a better place.

Yours truly,

Paul Anderson

President & CEO
Port Tampa Bay
1101 Channelside Drive
Tampa, FL  33602
Telephone: 954-494-2566

June 14, 2022

Honorable Michael Nachmanoff
United States District Judge
Eastern District of Virginia
Alexandria, VA 22314

Dear Judge Nachmanoff:

I am writing on behalf of devotee of Sai Baba (Hindu religious god), who will be appearing before you for sentencing in connection with a case that was concluded earlier this year in your courtroom.

I have known Akshay Ram Kancharla, and his family. He has demonstrated a strong commitment to temple and participated whole heartedly in religious prayers.

Akshay has committed grievous mistake and made a wrong judgement. I truly believe he that his soul has no intention of hurting and causing harm to the society. He is learning, understanding, and applying the principles of Hinduism in all aspects of his life, I ask that you give him another chance to rectify his mistake and with help of his devoted family and friends he can return to his normal life. I request you take these factors into consideration as you pronounce your sentence.

Sincerely,

Priest Komal Teja
Sai Baba Temple
Tirupti, INDIA

June 5, 2022

Honorable Michael Nachmanoff
United States District Judge
Eastern District of Virginia
Alexandria, VA 22314

Dear Judge Nachmanoff:

I am writing on behalf of devotee of Sai Baba (Hindu religious god), who will be appearing before you for sentencing in connection with a case that was concluded earlier this year in your courtroom.

I have known Akshay Ram Kancharla for approximately 8 years, having met him and his family in his residence for conduction religious hindu rituals. He has demonstrated a strong commitment to temple and participated whole heartedly.

He is also a strong family man. He is learning, understanding, and applying the principles of Hinduism in all aspects of his life, I ask that you take these factors into consideration as you pronounce your sentence.

Sincerely,

Archakam Padmanabha Acharya

## Bhadradri SriRama Temple of USA

(Sri Ram Samsthan Inc)

A Non-profit 501© (3) Corporation

Mailing Address: - PO Box: 112

1410 Atlanta Hwy Cumming GA 30040 USA