

June 14th, 2022
Honorable Michael Nachmanoff
United States District Judge
Eastern District of Virginia
Alexandria, VA 22314

Dear Judge Nachmanoff:

I am writing on behalf of devotee of Sai Baba (Hindu religious god), who will be appearing before you for sentencing in connection with a case that was concluded earlier this year in your courtroom.

I have known Akshay Ram Kancharla, and his family. He has visited the temple in India with his family and offered prayers and donations to the temple. He has demonstrated a strong commitment to the religion and participated whole heartedly in ceremonies.

I am positive Akshay is remorseful for his mistake, please give him another chance to rectify his mistake with love and support of his family.

Sincerely,

*Shekar Kulkarni*

Priest Chandra Shekar Kulkarni

Shri Saibaba temple

Maharashtra India