Darby J Meadowcroft
10133 4th Street East
Treasure Island, FL 33706
(813) 767-4539

June 28, 2022

Honorable Michael Nachmanoff
United States District Judge
Eastern District of Virginia
Alexandria, VA 22314

Dear Judge Nachmanoff,

Your honor, my name is Darby Meadowcroft. I recently learned that Akshay Kancharla is being sentenced for criminal conduct related to selling narcotics. I am writing this letter with the hope that your will take it into consideration prior to sentencing.

I was neighbor of the Kancharla family for approximately 15 years while I lived in Tampa. During this time, I developed a close friendship with their father and got to know the whole family. As a long-time neighbor and family friend, I had the opportunity to see their son Akshay transform from a child into a young man. Over these years, I have gotten to know Akshay on a personal level. I have enjoyed playing tennis with him and his father and younger brother on many occasions. While spending time at the family home, I have enjoyed seeing his passion for and learning some of the intricacies of developing music. During all our interactions, I have found Akshay to be a pleasant and respectful young man.

Knowing Akshay and his family, it was a shock to learn that he had become involved in selling narcotics. This seems totally out of character as he has never been in trouble with the law. It seems that his involvement in narcotics was a case of a young man's poor judgement. Your honor, I am respectfully asking for your leniency in his sentencing so that he can have the opportunity redeem himself and return to his loving and supporting family soon. Thank you for reading my letter and taking it into consideration.

Respectfully,

Darby Meadowcroft