7 June, 2022

Honorable Michael Nachmanoff
Unites States District Judge
Eastern District of Virginia
Alexandria, VA  22314

Dear Judge Nachmanoff,

**In the Matter of Akshay Kancharla**

    I am a friend and former neighbor of the Kancharla family, and have known them since before Akshay Kancharla was born. My heart broke as Akshay's father shared the distressing news of his son's crime and conviction. I immediately had to write to you to share some information about Akshay that you might not know and that you may wish to take into consideration, in hopes that you will temper justice with mercy.

    I am a transportation consultant, and have 30 years of experience interviewing businesses across the US. I work with small and large companies throughout North America and have seen diverse and unusual impacts of this COVID era. I fear those who have suffered the most in terms of life's plans are the younger generation. I know Akshay's fledgling business crumbled as COVID hit, and despite having a wonderful, loving family and friends behind him, he was at loose ends.

    I know Akshay had a solid upbringing, with an upstanding family. He was making his way ahead in a challenging industry. Then times became more difficult. He had never been in any trouble before. We know him as an honest, caring, gentle, respectful, and supportive soul. While building his music and DJ business, he worked hard at his craft, took pride in a job well done, and made a strong and positive impression on his clients and associates. He often took jobs pro bono to share his joy in music with others and help them move ahead in the world of music. His work was never about money. When he lost his business, I believe he was looking for a way to bring it back. Unfortunately, he was looking in the wrong direction. He knows that he is fortunate to have been caught, because crime spirals. He knows justice must be served, and he has accepted that.

    Akshay is a man of faith, and goes to Temple regularly. He is generous and has performed charitable work throughout his life. He has always had a special affinity for Feeding America which he has supported for decades. While unmarried, he spends a great deal of time with his family who will be an important part of his return to being a valuable member of the community. With the full force of my conviction, I can tell you he will not offend again. The destructive path he started along will be forever changed by his arrest. Akshay is a person who will not only learn from his terrible mistakes, but will also set out to fix them.

    When delivering his sentence, please know that Akshay is a good, decent man who has skills and support that will be ready to go to ensure the next steps in his life are good and right. Please help his family and friends and me see him on a solid path forward. Please take into

consideration his youth and show leniency, knowing that he has learned from his mistakes and will never repeat them.

Kindest regards,

Lori Musser
407 North Indian River Dr.
Cocoa, FL 32922
Cell: 813-310-7027