THE LAW OFFICES OF
# KEVIN J. NAPPER, P.A.

KEVIN J. NAPPER

604 SOUTH BOULEVARD
TAMPA, FLORIDA 33606
PHONE (813) 443-8432
FAX (813) 513-8178
KNAPPER@KEVINNAPPERLAW.COM

June 13, 2022

Honorable Michael Nachmanoff
United States District Judge
Eastern District of Virginia
Alexandria, VA 22314

Re:   USA v. Akshay Kancharla
      Case No. 1:22-cr-00075-MSN-1

Dear Judge Nachmanoff:

I write to you regarding Akshay Kancharla who is awaiting sentencing before your Honor. I know Mr. Kancharla has accepted responsibility for his actions and is truly remorseful for what he has done.

Mr. Kancharla has a kind, loving and supportive family and his conduct in the matter before your Honor is out of character with the way he was raised and the way he has lived his life to date.

I have been a criminal defense lawyer for 30 years and was a prosecutor for 8 years at the beginning of my career. I have seen firsthand (both from a prosecution viewpoint and from a defense viewpoint) how important it is for an individual in the criminal justice system to have a support network as they navigate the system.

I can tell you unequivocally that Akshay has a strong support network of close family, friends and neighbors. His behavior in the instant case is so contrary to his true character, upbringing and family values that it defies belief. I know his parents are grief stricken but will do everything and anything they can to offer love, support and assistance to Akshay as he rebuilds his life.

I know your Honor will impose a sentence sufficient, but not greater than necessary, to comply with the basic aims of the sentencing guidelines. I am requesting leniency in his sentence. I am certain the criminal justice system will never see Akshay again. Once he has completed whatever sentence your Honor imposes I have no doubt he will move on with his life (albeit as a convicted felon) and will be successful in whatever endeavors he pursues. He has the support network to ensure that he WILL be successful as he moves on in life.

Honorable Michael Nachmanoff
June 13, 2022
Page 2

Thank you for your kind consideration. Should your Honor have any questions or concerns I can be reached at (813)-443-8432 or via email at knapper@kevinnapperlaw.com.

Very truly yours,

LAW OFFICES OF KEVIN J. NAPPER, P.A.

Kevin J. Napper

KJN:lvg