Walter J. Oles Jr

15839 Sanctuary Drive

Tampa, Florida  33647

June 12. 2022

Honorable Michael Nachmanoff
United States District Judge
Eastern District of Virginia
Alexandria, VA 22314

Dear Judge Nachmanoff,

I have known the Kancharla family for over a decade.  They are a close and honorable family.  I have worked on numerous community rotary service projects with their son Akshay.  He is a quiet, considerate and service oriented individual.  Having been a technology executive for over 35 years I have watched the internet develop in both its useful and corrupt ways.  I believe the young man fell prey to the more corrupt ways of the world wide web.

I ask that you allow Akshay to learn from this unfortunate experience and provide him a way to prove himself by serving the community.  I believe given a second chance he will be an upstanding citizen.

Thank you for your time and consideration.

Sincerely,

Walter J Oles Jr

walter.oles@gmail.com                                          813-494-2591