June 14, 2022

Honorable Michael Nachmanoff
United States District Judge
Eastern District of Virginia
Alexandria, VA 22314

Dear Judge Nachmanoff,

Your honor, my name is Anil Patibandla. I respectfully request for your leniency in sentencing Akshay Kancharla.  He is being sentenced for criminal conduct related to selling narcotics.

I have known Akshay and his family since the early 90's.  I know Akshay as a close friend of the family, I have known him since his birth. I have babysat Akshay, when I was still single. After 1999, I started my own family and both of our families have two boys because of them being boys and similar age group, I spent countless hours with Akshay during birthday parties, festival & family gatherings, vacations and ball games. As the oldest of the four boys, Akshay was always caring and very patient with not only his brother but also with my boys. He was a good role model for my older one as they grew up. He was a good student and an enjoyed playing sports. Akshay was always interested in music and my older one ended up picking up piano as a result of his influence.  Akshay is a smart and a very curios kid; I always joked with his parents that I had a hard time answering his questions. I was shocked when I learned he got himself into trouble with the law; that would have been the last thing I ever would have ever thought.

Your honor, Akshay is a good kid, he has never been in trouble and made a grievous mistake but, this is does not define him. There is no excuse for what he did and the error in judgement be made; I kindly request to find it in your heart to please give him a second chance. I truly believe he regrets his actions and is mortified for what he did. He is decent young man, who will use the second chance, if afforded to right his wrongs and contribute to our society in a positive way. I am very confident with support of the family and friends, he will not make the same mistake and will strive to become an outstanding member of our community.

Your Honor, please show leniency in your sentencing and give Akshay a second chance.

Thank You for your kind attention and consideration!!

Respectfully,

Anil Patibandla