June 20, 2022

Honorable Michael Nachmanoff
United States District Judge
Eastern District of Virginia
Alexandria, VA 22314

Dear Judge, Nachmanoff,

I have known this family and Akshay for many years. I was both shocked and surprised to hear about this recent incident with Akshay as he has always been a solid young man. It is for this reason, I wanted to write this letter asking for leniency in his sentencing. I do understand the seriousness of this matter; however, I do hope the court will show some leniency in this matter especially since this is the only time he has been in any trouble.

Judge Nachmanoff, I have worked as behavioral psychologist for over 20 years and worked with adolescents and young adults over those year treating many of them for drug abuse, addiction and to depression so I am very familiar what happens when they are feeling isolated and feeling as if they have no purpose. I believe that Akshay fell into that trap during the covid lock down and it is unfortunate that his behavior manifested the way it did.

Akshay has always been an outstanding individual in the community and has never been in any trouble. I am not making excuses for this young man he excised poor judgment and made a serious mistake that he is greatly remorseful for and will have to live with for the rest of his life. He is young and if given an opportunity to be part of society, I am very certain because of his family support and if given a second chance he will do his best to write his wrong and become a productive member of society.

Akshay is a good person and if give leniency I believe sincerely, he will work diligently to be the best he can be. I have watched this young man grow up; he comes from a wonderful family, who loves him and cares for him and they will ensure that he takes advantage of any opportunity that is given to him to live a product life in society. Your Honor, I ask on behave of Akshay and his family for leniency and I do hope you consider my plea for this young man.

Sincerely,

Dr. Ram P. Ramcharran
Gold Star Innovators, Inc
CEO