Sridevi Talluri
5567 173rd Ave SE,
Bellevue, WA 98006

June 21, 2022

Honorable Michael Nachmanoff
United States District Judge
Eastern District of Virginia
Alexandria, VA 22314

Dear Judge Nachmanoff:

I am writing on behalf of my friend's son Akshay Kancharla, who will be appearing before you this month for sentencing in connection with a Narcotics.

I have known Akshay for approximately 12 years, He has an amazing personality, soft spoken and extremely amicable child – He'd visited Seattle and stayed at our house on a couple of occasions.

My Family and I have spent a considerable time with him and never had any issue with his personality or behavior - always welcomed him, to visit us back.

He is a commitment to learning, understanding, and applying the principles of Hinduism in all aspects of his life, particularly throughout this trial, has been an inspiration to me. With respect, I ask that you take these factors into consideration as you pronounce your sentence.

Sincerely,

*Sridevi Talluri*

Sridevi Talluri