June 15, 2022

Honorable Michael Nachmanoff
United States District Judge
Eastern District of Virginia
Alexandria, VA 22314

Dear Judge Nachmanoff:

I am a longtime friend of Mr. Ram Kancharla. I worked with him for 32 years at the Tampa Port Authority, and our friendship has only deepened since I retired in 2020. In addition, I have the privilege of being a friend of Mr. Kancharla's wonderful wife, Anitha. Mr. and Mrs. Kancharla are kind, loving, compassionate, caring and devoted parents, and those attributes fill their home. They are deeply committed to their two sons, and I know they are despondent and devastated by the circumstances surrounding their oldest son, Akshay, who is being sentenced for criminal conduct related to selling narcotics. I know Akshay to be a person with a gentle spirit, and someone who has a commitment to community service and helping others. He and his parents recognize the seriousness of the charges that bring him before you.

As you contemplate the sentence for Akshay Kancharla, I appeal to you for leniency and compassion. He has no previous record of trouble and he has a strong support system in place with loving parents and others who care about him deeply. I ask for mercy in his case and that your ruling would be one that provides the best opportunity for him to move forward with his life in such a way that he can use his gifts and strengths in a positive way to impact and serve his community and others around him. I truly thank you.

Sincerely,

John T. Thorington, Jr.

10117 Bennington Drive
Tampa, FL 33626