**Lee A. Weintraub**
Shareholder
Board Certified Construction Lawyer
Phone: 954.985.4147   Fax: 954.985.4176
lweintraub@beckerlawyers.com



**Becker & Poliakoff**
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

June 8, 2022

Honorable Michael Nachmanoff
United States District Judge - Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA  22314

  **Re:** **Akshay Kancharla**

Dear Judge Nachmanoff:

  My name is Lee Weintraub.  I am a lawyer in Florida, a partner in a large multi-disciplinary law firm.  I am writing on behalf of Akshay Kancharla and his family, whom I have known for twenty years.  I understand Akshay is being sentenced for criminal conduct related to selling narcotics.  I am writing on his behalf because I am absolutely shocked to hear what has happened to him given my feelings for the young man.

  I met Akshay through his father, Ram Kancharla, many years ago and I have always been taken by how genuinely professional, well-meaning, disciplined, and generous the entire family, including Akshay, is.  The level of respect for which I hold Akshay and his family led me to request the Court's leniency in sentencing.  I understand Akshay engaged in the conduct that brought him before the Court, but he is the exact type of candidate warranting a second chance, rather than heavy discipline.

  This family, including Akshay, is one of the most upstanding and law-abiding families I know.  They are warm, loving, genuine, upstanding citizens of the country.  Akshay, who studied audio and sound engineering at Broward College to give himself a career and a good start in life, merely made the kind of bad decision young adults sometimes do when confronted with less than ideal circumstances and/or not the wisest choice of friends.  Akshay may have been led astray by youth, immaturity, and bad influences, but that does not reflect on his personality or who he is as a person.  This was nothing more than a bad young decision, and Akshay is not the kind of young adult deserving of severe punishment for an ill-informed decision.  I am writing to request leniency from the Court and know Your Honor will be rewarded by such leniency when you see how Akshay will inevitably respond to the challenge he now faces.  This event in Akshay's life will wake him up and cause him to refocus his life.  I hope Your Honor will afford him that chance.

  Thank you for your kind courtesies in considering this request.

            Respectfully submitted,

            Lee A. Weintraub

LAW/lb

www.beckerlawyers.com           Florida | New Jersey | New York | Washington, D.C.

22125305v.1