| | | |
|---|---|---|
| Judge: Nachmanoff | **SENTENCING** | Date: 8/3/2022 |
| Reporter: Diane Salters | | Time: 10:02 am to 10:56 am |
| Interpreter: N/A | | |

Cr. #   1:22-cr-75                           AUSA:    Bibeane Metsch
U.S. v.   Akshay Ram Kancharla      Defense: Christopher Amolsch

Court finds the guidelines to be properly assessed at a range of 87 to 108 months.

Considering the factors under § 3553 the Court finds that a sentence at the low end of the guideline range is appropriate.

- Court finds that a 2-level enhancement under § 2D1.1(b)(7) for mass marketing via interactive computer service is applicable; that a 4-level enhancement pursuant to USSG § 2D1.1(b)(13) does not apply; and that defendant has accepted responsibility such that a 3-level decrease under § 3E1.1 is appropriate.
- Court orders that PSIR report be modified to reflect these findings.
- Consent Order of Forfeiture filed in open court.

**Sentence Imposed:**

42     Months' imprisonment with credit for time served
         (Counts _____ to run _____ consecutively _____ concurrently)
3       Years supervised release
         (Counts _____ to run _____ consecutively _____ concurrently)

**Conditions of Supervised Release/Probation:**
- ✓   Substance abuse testing/treatment at direction of PO
- ____ Cooperate w/any orders/directives of the Bureau of Immigration and Customs Enforcement
- ____ Pay the restitution in monthly installments of $ _____ to commence within 60 days after release from confinement.
- ____ No new credit
- ✓   Allow PO access to financial info.
- ____ Serve a term of _____ months home confinement: ( ) with electronic monitoring
- ✓   Mental health testing/treatment ( ) with work release
- ____ Mandatory drug testing is waived

Other:   Not allowed to engage in online sales after release; computer monitoring.

**Monetary penalties:**
$100     Assessment $ 0      Fine
$_____   Restitution Ordered pursuant to the Restitution Judgment entered and filed in open court.

**Recommendations to BOP:**
- ____ Court rec. that the dft be incarcerated in a facility where he/she can receive drug treatment.
- ✓   Court rec. that the dft be allowed to participate in the RDAP program
- ✓   Court rec. that the dft be designated to FPC Pensacola

Defendant:  ✓Remanded          _____ To voluntarily surrender once space is available.