AO 442 (Rev. 11/11) Arrest Warrant

1/389/20

**UNDER SEAL**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| AKSHAY RAM KANCHARLA | ) Case No. 1:22-MJ-26 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

2022 AUG 18 A 10: 07 FILED

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Akshay Ram Kancharla ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Pretrial Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Please see attached Petition.

Date: March 1, 2022

/s/ JKA
John F. Anderson
United States Magistrate Judge
*Issuing officer's signature*

2022 MAR -2 PM 3:05   RECEIVED UNITED STATES MARSHAL EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION

City and state: Alexandria, VA

John F. Anderson, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on (date) 3/1/2022 , and the person was arrested on (date) 3/3/2022
at (city and state) Tampa, FL .

Date: 8/18/2022

*Arresting officer's signature*

Jason Winston (DUSM)
*Printed name and title*

FOR /M/FL

SUBJECT HAD INITIAL APPEARANCE IN FLORIDA AND HAS ALREADY BEEN SENTENCED IN E/VA.